**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     April Diane Povse v. The State of Texas

Appellate case number:   01-18-01110-CR

Trial court case number: 15-CR-0106

Trial court:             212th District Court of Galveston County

Appellant filed a motion to dismiss the appeal, signed only by appellant's counsel. Rule 42.2(a) permits an appellant to file a motion to dismiss his or her appeal, but the motion must be signed by appellant and appellant's attorney. *See* TEX. R. APP. P. 42.2(a).

Because appellant's motion is not signed by appellant, we deny the motion without prejudice to the refiling of a motion to dismiss that complies with Rule 42.2(a).

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly____
                   ☒ Acting individually    ☐ Acting for the Court


Date: __May 30, 2019____